certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Edwin H. Cassels* and *Adolphus E. Graupner* for respondent.

No. 212. THORSEN *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Edwin H. Cassels* and *Adolphus E. Graupner* for petitioner. *Solicitor General Biggs* for respondent.

No. 163. NORTHWESTERN PACIFIC R. Co. *v.* BOBO, ADMINISTRATRIX. October 9, 1933. Petition for writ of certiorari to the District Court of Appeals, First Appellate District, of California, granted. *Mr. W. H. Orrick* for petitioner. *Mr. Robert D. Duke* for respondent.

No. 329. ROUTZAHN, COLLECTOR OF INTERNAL REVENUE, *v.* WILLARD STORAGE BATTERY Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Augustus B. Stoughton* and *Charles C. Norris, Jr.,* for respondent.

No. 196. AMERICAN CHAIN Co., INC. *v.* EATON, COLLECTOR OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Chester I. Long, Peter Q. Nyce, Charles P. Swindler,* and *Samuel W. McIntosh* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, Francis H. Horan,* and *Erwin N.*